UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
CIVIL DIVISION

**UNITED STATES OF AMERICA**, )
      Plaintiff, ) CASE NO. **8:15-CV-1530**
      v. )
)
**Mark Dewyea** )
)
      Defendant(s), )
      and )
)
**Hollinsworth Carpentry** )
)
      Garnishee )

APPLICATION/ORDER FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant(s) **Mark Dewyea**, social security number XXX-XX-7156, whose last known address is: **15 Little Wolf Road, Tupper Lake, New York 12986** in the above-cited action in the amount of **$50,517.40,** and post-judgment interest at the rate of .54%, compounded annually.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from **July 20, 2017**, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or Property to the judgment debtor, or is in possession of property Of the debtor, and said property is a nonexempt interest of the debtor. The name and address of the Garnishee or his authorized agent is:

**Hollinsworth Carpentry**
**29 Lindsay Avenue**
**Tupper Lake, New York 12986**

July 20, 2017

**Linda L. Donovan, Esq.**
**Overton, Russell, Doerr & Donovan, LLP**
**19 Executive Park Drive**
**Clifton Park, NY 12065**
**TELEPHONE: 1-518-383-4000**
**Attorney for THE UNITED STATES**
**Bar Number: 104825**

Dated at _Albany_, NY

Oct 5, 2017

It is so Ordered

_[signature]_