## OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**Mark Dewyea,**

          Defendant.

and,

**Adirondack Bank,**

          Garnishee.

CIVIL NO. **8:15-CV-1530**
ORDER/APPLICATION FOR WRIT OF GARNISHMENT

    The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Mark Dewyea**, ("Defendant") Social Security Number **7156**, whose last known address is: **15 Little Wolf Road Tupper Lake NY 12986** in the above cited action in the amount of **$$50,517.40**, plus interest at the rate of **.54%%** from **4/29/2016**, until paid, together with costs. A balance of **$$47,684.74** remains outstanding. Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

    The Garnishee, **Adirondack Bank**, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

    The name and address of the Garnishee or Garnishee's authorized agent is:

**Adirondack Bank**
**448 State Route 3**
**Plattsburgh NY 12901**

Dated this day of July 20, 2017.

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

_____

Dated at _____, NY

Oct 5, 2017

It is so Ordered

_____